Judgment rendered February 19, 2020.

No. 52,948-CA

ON REHEARING

COURT OF APPEAL
SECOND CIRCUIT
STATE OF LOUISIANA

* * * * *

BOBBY W. EDMISTON, IN HIS                    Plaintiff-Appellant
OFFICIAL CAPACITY AS
BOSSIER PARISH ASSESSOR

versus

LOUISIANA RIVERBOAT                          Defendants-Appellees
GAMING PARTNERSHIP D/B/A
DIAMOND JACKS CASINO &
RESORT AND THE LOUISIANA
TAX COMMISSION

* * * * *

On Rehearing
Originally Appealed from the
Twenty-Sixth Judicial District Court for the
Parish of Bossier, Louisiana
Trial Court No. 155,448

Honorable Edward Charles Jacobs, Judge

* * * * *

WIENER, WEISS & MADISON                      Counsel for Appellant,
By: Reid A. Jones                            Bobby W. Edmiston in
-and-                                        his official capacity as
BRIAN A. EDDINGTON                           Bossier Parish Assessor

KEAN MILLER LLP                              Counsel for Appellees,
By: Scott L. Zimmer                          Louisiana Riverboat
                                             Gaming Partnership d/b/a
                                             Diamond Jacks Casino &
                                             Resort

FAIRCLOTH MELTON SOBEL      Counsel for Appellee,
& BASH, LLC      Louisiana Tax
By:  Franklin "Drew" Hoffman      Commission
-and-
ROBERT D. HOFFMAN, JR., APLC


* * * * *


Before WILLIAMS, MOORE, PITMAN, STONE, and STEPHENS, JJ.


MOORE, J., dissents and will assign written reasons.

**STEPHENS, J.**

We granted a rehearing in order to reconsider our earlier opinion in this matter.

In that earlier opinion, the judgment of the district court was reversed in part, affirmed in part, and vacated in part. *Edmiston v. Louisiana Riverboat Gaming P'ship*, 52,948 (La. App. 2 Cir. 9/9/19), 278 So. 3d 1113, 1123. As the judgment pertained to the valuation approach used by the Louisiana Tax Commission ("LTC"), we affirmed the district court. As the judgment pertained to the obsolescence factor used by the LTC, we reversed the district court. Finally, as to the remaining dispositions of the judgment, it was vacated. We remanded the matter to the LTC, with instructions on how to proceed. *Id.*

On rehearing, we affirm our earlier opinion.

**AFFIRMED ON REHEARING.**